IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 3:17cr184 |
| HECTOR TORRES, | : | JUDGE WALTER H. RICE |
| Defendant. | : | |

## PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Date of Scheduling Conference | 11/16/2017 |
| Jury Trial Date | 1/8/2018 |
| Final Pretrial Conference (by telephone) | **Tuesday, 1/2/2018 at 9:30 am** |
| Motion Filing Deadline | |
|     Oral and Evidentiary Motions | **expired** |
|     Other Motions | **expired** |
| Discovery Cut-off | **expired** |
| Speedy Trial Deadline | 1/16/2018 |
| Discovery out – Plaintiff to Defendant | **done** |

January 2, 2018

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE