# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA,  :

     Plaintiff,  :

     vs.  :  Case No. 3:17cr184

HECTOR TORRES,  :  JUDGE WALTER H. RICE

     Defendant.  :

---

## AMENDED PRELIMINARY PRETRIAL ORDER;
## NEWTRIAL DATE AND OTHER DATES SET

---

| | |
|---|---|
| Date of Scheduling Conference | **3/5/2018** |
| Jury Trial Date | **5/7/2018 (from 3/12/2018 on 3/7/2018)** |
| Final Pretrial Conference (by telephone) | **Monday, 4/30/2018 at 5:00 pm** |
| Motion Filing Deadline | |
|     Oral and Evidentiary Motions | **4/16/2018** |
|     Other Motions | **4/23/2018** |
| Discovery Cut-off | **4/27/2018** |
| Speedy Trial Deadline | **waived by Defendant on the record during a 3/5/2018 conference call between Court and counsel on the record, the Court finding that within the factual and legal confines of this case, the ends of justice outweigh the interests of the public and the Defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(a).** |

April 3, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE